**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CR. No. 2:26-cr-20129-MSN** |
| | ) | |
| **CALVIN CRUTCHER, JR.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

---

## MOTION TO DISMISS COMPLAINT

---

COMES NOW, the United States of America, by and through D. Michael Dunavant, United States Attorney, and Regina M. Brittenum, Assistant United States Attorney for the Western District of Tennessee and respectfully moves this Court to dismiss the criminal complaint in the above-styled case without prejudice.

Respectfully submitted,

D. Michael Dunavant
United States Attorney

By: /s/ *Regina M. Brittenum*
Regina M. Brittenum
Assistant United States Attorney
Tenn. BPR 035357
167 N. Main Street, Suite 800
Memphis, TN 38103
901-544-4231
Regina.Brittenum@usdoj.gov